

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00026-CV

Jerrene L'Amoreaux and Clarke L'Amoreaux
v.
Federal Home Loan Mortgage Corporation

On Appeal from the
County Court of Hays County, Texas
Trial Cause No. 16-0662-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, Jerrene L'Amoreaux and Clarke L'Amoreaux.

We further order this decision certified below for observance.

January 17, 2019